JUDGE CHIN

'08 CIV 7418

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILSHIRE LIMITED,

                Plaintiff,

- against -

PIL WHAN LEE and SOON OK LEE,

                Defendants.
------------------------------------------------------------x

Case No.

ECF Case    AUG 21 2008

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated:   New York, New York
           August 19, 2008

                                              Cox Padmore Skolnik & Shakarchy LLP

                                              By: _____
                                                  Noah Potter, Esq. (NP 9160)
                                              Attorneys for Plaintiff
                                              630 Third Avenue, 19th Fl.
                                              New York, NY 10017
                                              (212) 953-6633
                                              potter@cpsslaw.com