Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILSHIRE LIMITED,

        Plaintiff(s),                                   Case No. 08 CV 7418

   -against-                                   AFFIDAVIT OF SERVICE

PIL WHAN LEE AND SOON OK LEE,

        Defendant(s).
-------------------------------------------------------------------X
STATE OF NEW YORK   )
                            S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 27TH day of August, 2008, at approximately the time of 7:55 PM, deponent served a true copy of the SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX, RULE 7.1 STATEMENT, CIVIL COVER SHEET AND ECF RULES AND INSTRUCTIONS upon PIL WHAN LEE at 32 Haring Drive, Old Tappan, New Jersey 07675, by personally delivering and leaving the same with JAE IM LEE, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if PIL WHAN LEE is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        JAE IM LEE is an Asian female, approximately 65 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 125 pounds with black hair and brown eyes.

D.L.S., Inc.
145 S. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 29th day of August, 2008, deponent served another copy of the foregoing upon PIL WHAN LEE by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New City and State of New York, addressed as follows:

PIL WHAN LEE
32 Haring Drive
Old Tappan, New Jersey 07675

_____
DAVID KSIAZEK #0974523

Sworn to before me this
29th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012